FIRST NATIONAL BANK OF PIPESTONE, Respondent v.
SIMAN, et al, Appellants.

(289 N. W. 416.)

(File No. 8247. Opinion filed December 30, 1939.)

**Caldwell & Burns,** of Sioux Falls, and **Myers & Snerly,**
of Chicago, Ill., for Appellants.

**Krause & Van Buren,** of Dell Rapids, for Respondent.

PER CURIAM. This case is before this court a second
time. See First National Bank of Pipestone v. Siman et al.,
65 S. D. 514, 275 N. W. 347. Following the filing of the re-
mittitur on the prior appeal, the appellants, who were de-
fendants below, amended their answer and alleged that, by
virtue of the Packers and Stockyards Act, 42 Stat. 159, 7
U.S.C.A. §§ 181 to 229, the Steele-Siman & Company became
a federal public utility and, as such, its constitutional rights

were violated by the decision on the prior appeal. The federal questions raised and the arguments presented are similar, if not identical, to those presented to the Minnesota court in the case of Mason City Production Credit Association v. Sig Ellingson & Co., 205 Minn. 537, 286 N. W. 713, in which case the Supreme Court of the United States denied a petition for writ of certiorari, 308 U. S. 599, 60 S. Ct. 130, 84 L. Ed. 501, and a petition for a rehearing, 308 U. S. 637, 60 S. Ct. 178, 84 L. Ed. 529.

We are content to rest our decision of the federal questions involved upon the reasoning of the Minnesota court in the Ellingson case. The trial court in this case having found against the appellant, it follows that the judgment and order appealed from should be, and are, affirmed.

All the Judges concur.